UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>       SAMBU SISSE          </u>

                Petitioner

                                                        CIVIL ACTION

        V.

                                                        NO.   <u>1:18-12356-WGY</u>

<u>       ANTONE MONIZ         </u>

                Respondent

## ORDER OF DISMISSAL

<u>  YOUNG, DJ </u>,

     In accordance with the Court's allowance of the respondent's motion to dismiss on <u>July 1, 2019 </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                           By the Court,

<u> March 1, 2022      </u>                                                 <u>  /s/ Jennifer Gaudet            </u>
Date                                                                              Deputy Clerk